138434

RECEIVED
BY MAIL

JAN 08 2002

CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV 01 2246 ADM/SRN Case Title: LaVonne Nordby v. Host Intl. Inc.

### Affidavit of Movant

I, Alec J. Beck, Esq. ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Mary Helen Medina, Esq. , an attorney admitted to practice in the U.S. Dist. Ct. District of Maryland ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Host International, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Alec J. Beck (signature) — Signature

201133 — MN Attorney License #

1-7-02 — Date

### Affidavit of Proposed Admittee

I, Mary Helen Medina, Esq. , am currently a member in good standing of the U.S. District Court for Maryland District of Maryland , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Mary Helen Medina — Type/Print Name

Mary Helen Medina (signature) — Signature

12-17-01 — Date

Attorney License Number: DC Bar No. 411863

Law Firm Name & Address: HMS Host Corporation, 6600 Rockledge Drive, MS 3-1, Bethesda, MD 20817

Telephone: (703) 262-0040

Motion Granted: Richard D. Sletten (signature)
For the Court: Richard D. Sletten, Clerk

JAN 08 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JAN 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______